# EXHIBIT A

Address _____

SSN# _____ DOB _____ SSN# _____ DOB _____

hereinafter referred to as the "Client." Phone ( ____ ) _____ E-mail _____

**2. SERVICE AND EQUIPMENT:** Company agrees to provide and client agrees to pay for service and/or equipment as described below.

**3. MONITORING:** Company agrees to provide monitoring service for a period of 60 months from the above date. **This agreement shall automatically renew without action by either party under the same terms and conditions for successive periods equal to twelve (12) months unless either party gives to the other at least sixty (60) days written notice, prior to expiration date, of intention to terminate this Agreement upon any expiration date. Upon renewal, service will be billed at then-current monitoring fees.**

**RENEWAL TERM:** Each renewal period shall be limited to the maximum term allowed by state law. If not limited by State law, the above terms in Paragraph 3 will apply.

**4. MONITORING CHARGES:** Monthly monitoring charge of $ _____ plus applicable sales tax. [ ]Includes [ ] Parts Only Warranty [ ] Parts and Labor Warranty and is payable in advance and shall be paid [ ] Annually [ ] Quarterly (if paid quarterly an additional service charge of $3.00 per quarter shall apply).

**EARLY CANCELLATION:** Client may cancel prior to completion of primary or renewal term upon receipt of ninety (90%) of stated terms. Applicable for sale of home, death and transfers. All cancellation requests must be in writing.

**5. ELECTRONIC FUNDS TRANSFER (EFT) AUTHORIZATION:** The Client authorizes the Company to make EFT's from the Client's bank account for the amount of the monitoring, tax, or other alarm charges. The Client further agrees that if at any time the Client decides to discontinue the direct payment option, the client must notify the Company. The Company is not liable in any way for erroneous bill statements or incorrect debits to the Client's account and should an error occur, the Company's only responsibility is to correct it when and if it receives notice of the error from the Client. The Client further agrees that should any direct payment be returned, the client shall be liable for a $20.00 returned payment fee where permitted by law.

[ ] Check here to decline Eft Payment Option     Client's Signature if declined _____

Acct #: _____ Rtg #: _____ Exp Date: _____ Card#: _____

Bank Name: _____ Billing Cycle: [ ]1st [ ]17th     [ ]Visa [ ]MC [ ]AmEx [ ]Bank Debit/ATM Card

**6. EQUIPMENT TO BE INSTALLED**

| ITEM | QTY | RETAIL PRICE | RETAIL TOTAL | TOTAL PRICE |
|------|-----|--------------|--------------|-------------|
| Panel/Keypad | | $ | | |
| Door/Window | | $ | | |
| Keyfob or Quick Touch Keypad | | $ | | |
| Motion | | $ | | |
| Glassbreak | | $ | | |
| Smoke Detector | | $ | | |
| Sign Light | | $ | | |
| | | | | |
| | | | | |
| Cellular | | | | |
| Installation Charge | | $ | | |
| Sales Tax | | $ | | |
| **Total Equipment and Installation Charges** | | $ | | $ |

**7. ADDITIONAL PROTECTION:** The need for additional protection of intrusion, fire/smoke, cellular, panic, duress, and medical emergency has been explained to the Client and the Client declines the offer to purchase additional equipment. _(initial)_

**8. EQUIPMENT CHARGES:**

| Special Note | |
|--------------|---|
| Total Equipment and Installation Charges | $ |
| Activation [ ] EFT/CC 3 mo x $33.00 [ ] EFT/CC $99.00 | $ |
| Balance Due | $ |

**9. SERVICE REPAIRS TO CLIENTS SYSTEM:** Unless otherwise indicated, the client understands that the monitoring fee covers only the monitoring service and client agrees to pay Company for all service or repairs to the alarm system. Client hereby agrees to periodically test, at least monthly, observe Client's system, be aware of its operational status in accordance with the operating instructions, and request service if needed.

**10. ENTIRE AGREEMENT:** It is agreed to and understood by the parties that this agreement constitutes the entire agreement by the parties and there are no verbal understandings changing or modifying any of the terms of this agreement. This agreement may not be changed, modified or varied except in writing and signed by an authorized representative of the Company. Client hereby acknowledges that he/she has read, received a copy of, and understands this entire agreement, including the attached Notice of Cancellation.

**11. INVALID PROVISIONS:** If any of the terms or provisions of this agreement shall be determined to be invalid or inoperative, all of the remaining terms and provisions shall remain in full force and effect.

**12. YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FOR AN EXPLANATION OF THIS RIGHT.**

Written By: _____     Client Signature: _____

3. CITY _____ STATE _____ ZIP _____ CROSS STREET _____

4. TELEPHONE # _____ 5. _____

COMMUNICATOR MAKE (MODEL #) _____ FORMAT TYPE _____

DIRECTIONS TO PREMISES: _____

DEFAULT # [_____]  TIME ZONE [____]

PHONE NUMBERS CONNECTED TO COMMUNICATOR:

#1 _____ #2 _____

| | |
|---|---|
| ADDITIONAL PASSCODE | ☐ |
| MEDICAL | ☐ |

**INSTALLATION TYPE**

| | |
|---|---|
| RESIDENTIAL | ☐ |
| COMMERCIAL | ☐ |
| OTHER | ☐ |

TEST TIMER
☐ DAILY
☐ WEEKLY
☐ MONTHLY

## LOCAL AUTHORITIES

| AGENCY CODE | AUTHORITY | TELEPHONE NUMBER |
|---|---|---|
| F = Fire | | ( ) |
| P = Police | | ( ) |
| E = Emer./Medical | | ( ) |
| G = Guard | | ( ) |
| O = Other | | ( ) |

## AUTHORIZED INDIVIDUALS TO BE NOTIFIED (in sequence)

| | NAME | TELEPHONE NUMBER | CODE |
|---|---|---|---|
| 1. | _____ | ( ) - _____ | |
| 2. | | ( ) | |
| 3. | | ( ) | |
| 4. | | ( ) | |
| 5. | | ( ) | |
| 6. | | ( ) | |

*Phone Code Descriptions Are: H = Home  W = Work  C = Cellular  P = Pager

## ALARM CONDITION RESPONSE OPTIONS

| ZONE | AGENCY CODE | DESCRIPTION | VERIFY | DISPATCH | NOTIFY |
|---|---|---|---|---|---|
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |
| | | | ☐Y ☐N | ☐Y ☐N | ☐Y ☐N |

* Agency Codes Are: P = Police, F = Fire, E = Emergency Svc, G = Guard, O = Other

| USER ID | PASSCODE | A.L.* | NAME | USER ID | PASSCODE | A.L.* | NAME |
|---|---|---|---|---|---|---|---|
| | | X | | | | | |
| | | | | | | | |

* = Authority Level

This agreement is made this _____ day of _____, by and between Rapid Response Monitoring Services, Inc. ("Company") and ITEM "1" ABOVE (Subscriber).

Case 1:18-cv-00746-NCT-JEP   Document 2-1   Filed 08/31/18   Page 4 of 27

BE LIMITED TO THE MAXIMUM SUM OF $250.00, AND THIS LIABILITY SHALL BE EXCLUSIVE.

IN THE EVENT THAT THE SUBSCRIBER WISHES TO INCREASE THE MAXIMUM AMOUNT OF SUCH LIMITED LIABILITY, SUBSCRIBER MAY, AS A MATTER OF RIGHT, OBTAIN FROM COMPANY A HIGHER LIMIT BY PAYING AN ADDITIONAL AMOUNT FOR THE INCREASE IN SUCH LIMIT OF LIABILITY, BUT THIS HIGHER LIMITATION SHALL IN NO WAY BE INTERPRETED TO HOLD COMPANY AS AN INSURER.

4. Subscriber understands that transmission of signals from the devices with which the System is equipped ("devices") and/or the System may be via radio telemetry, satellite transmission, cable or wire (telephone circuit) and that alternative or additional protection can be installed at Subscriber's request and expense. Subscriber further understands that for equipment which transm ts signals via the telephone circuit there are various types of telephone line service, including direct wire, McCulloh Loop, Multiplex, etc., and the devices are not all the same ...

5. Subscriber does hereby for him/herself and all parties claiming under him/her release and discharge Company from and against all hazards covered by insurance or bond ...

6. Subscriber agrees to indemnify, defend and hold harmless Company from and against all claims, demands, liabilities, damages, losses, expenses, including attorney's fees and amounts ...

7. Upon termination of monitoring services for any reason, the receipt of signals from run-away ...

8. It is ... of the Subscriber to (i) confirm that the Telephone Equipment is compatible with the System ...

17. This instrument contains the entire Agreement between the parties hereto with respect to the transactions described herein and supersedes all previous and concurrent oral or ...

18. The acceptance of this Agreement in writing or by course of conduct or payment by Subscriber to Dealer waives all terms and conditions contained in any purchase order ...

19. If, at any time after the date hereof, additional services are authorized by Subscriber, all services supplied by Company shall be subject to the terms of this Agreement, except that additional charges shall be made for such additional services.

20. Company reserves the right to subcontract for the provision of services under this Agreement. Subscriber agrees and acknowledges that the provisions of this Agreement inure to the benefit of and are applicable to any subcontractors engaged by Company to provide any service set forth herein to Subscriber, and bind Subscriber to said subcontractor(s) with the same force and effect as they bind Subscriber to Company. Subscriber specifically agrees to defend, indemnify and hold harmless Company from and against all claims by any subcontractor engaged by Company.

21. Subscriber acknowledges that Company may record wire and oral communications and hereby consents and authorizes Company to so record all such communications between Company, Subscriber and/or Subscriber's agents, servants, employees and/or representatives.

22. Subscriber agrees to pay without recourse or to reimburse Company for all charges, fees, expenses, permits, etc., by any utility or local, state or federal government agency, relating to the services provided under this Agreement.

23. Subscriber agrees that transmitting information, notification information, and all other information used by Company to perform services under this Agreement shall be in writing only. All changes or modifications of information shall be in writing only. No oral communication shall be binding on Company.

24. Where in a Remote Programmable, Subscriber agrees that all Subscriber requests shall be in writing or, if oral, shall be recorded by Company and Subscriber hereby consents to such recording pursuant to Paragraph 21 hereof. Further, Subscriber agrees that all Remote Programmable changes or additions to service provided by the Company shall automatically be subject to the terms and conditions of this Agreement, except that all additional charges, if any, shall be paid by Subscriber to Dealer upon receipt of invoice for same.

STATE OF NORTH CAROLINA
GUILFORD COUNTY

DEBRA SASSER, Personal Representative )
of the Estate of Halbert Eugene Richards, )
Deceased, )
          Plaintiff, )
           )
v. )
           )
SAFE HOME SECURITY, Inc., )
           )
          Defendant. )

**VERIFICATION**

    Debra Sasser, Personal Representative of the Estate of Halbert Eugene Richards, being

first duly sworn, says that she is the Personal Representative of the Estate of Halbert Eugene

Richards and has read the foregoing Complaint, that the allegations contained in the Complaint

are true of her own knowledge, except as to matters stated upon information and belief, and as to

those matters she believes them to be true.

Debra Sasser
Personal Representative
Estate of Halbert Eugene Richards

COUNTY OF Guilford

STATE OF North Carolina

     I certify that Debra Sasser personally appeared before me this day and I have seen proper evidence of her identity either by a current state or federal ID with her photograph or I personally know her and she certified to me under oath or by affirmation that she signed the foregoing document for the reason stated and in the capacity provided. *Complaint*

This the 2nd day of August, 2018.

(SEAL)

                                           Notary Public

                                           My commission expires: 4-24-23



# SHOPE KROHN
## ATTORNEYS AT LAW, P.A.

2018 AUG -2 A 11: 1J

GUILFORD CO. C.S.G.

BY

Richard I. Shope
Clayton B. Krohn

richard@shopelaw.com
clayton@shopelaw.com

August 2, 2018

The Honorable Lisa Johnson-Tonkins
Clerk of Superior Court
Civil Division
Guilford County
201 S Eugene Street
Greensboro, North Carolina 27401
**Via Hand Delivery**

Re:     Debra Sasser, Personal Representative of the Estate of Halbert E Richards v. Safe
Home Security, Inc.

Dear Mrs. Johnson-Tonkins:

Please find enclosed the original and one copy of the Complaint and Verification, one Summons and a firm check in the amount of $200.00 in the above-referenced matter. The check is for the $200.00 filing fee. Please file the Complaint and issue the Summons. We ask that you return a copy of the filed Compliant, Verification and issued Summons in the self-addressed, postage-prepaid envelope.

If you have any questions about the enclosed documents or if you need additional information, please contact me at the above number. Thank you for your attention to this matter.

With kind regards, I am

Sincerely,

Clayton B. Krohn

Enclosure

**Address Information:**

HALBERT RICHARDS
2627 E WOODLYN WY
GREENSBORO, NC 27407-
(336)404-9582

**Service Level:** SILVERCBU2
**Monitoring Center:** RRMS
**Monitoring Center Acct. #:** X393976
**Service Zone:** NC02

**Residential/Commercial:** R
**Note:** REPLACED 11/22/16

| Call List | Name | | Telephone | Type |
|-----------|------|--|-----------|------|
| | SHARRON SIO | CELL | (336)617-4025 | |

**Alarm Conditions**

| Type | Condition | Ver | Disp | Agency | | Type | Condition | Ver | Disp | Agency |
|------|-----------|-----|------|--------|--|------|-----------|-----|------|--------|
| Fire | | | | | | | | | | |
| Panic | 02 | N | Y | P | | Env/Lo Bat | 06 | Y | Y | M |
| Perim | 03 | Y | N | P | | AC Power | | | | |
| Inter | 04 | Y | N | P | | | | | | |
| Ambush | 05 | N | Y | P | | | | | | |
| Medical | 06 | Y | Y | M | | | | | | |

| | Agency | Agency Description | Telephone | Permit # |
|--|--------|-------------------|-----------|----------|
| A G E N C Y   C O D E | Police | GUILFORD CNTY | (336)292-6127 | |
| | Fire | GUILFORD CNTY | (336)292-6127 | |
| | Guard | | | |
| | Emergency Service | GUILFORD CNTY EMR | (336)292-6127 | |
| | Safe Home Security | CROMWELL | (860)262-4000 | |
| | 1 Other | | | |
| | 2 Other | | | |

**FINANCIAL**

**System Type:** ITI SIMON XT
**Dialer Make:** CONTACT ID       **Remote Program:** Y       **Rec. #:** (855)25

| | | | | | Date | By |
|--|--|--|--|--|------|-----|
| Sale Price: | $0.00 | | | Tele | / / | |
| Deposit: | $0.00 | | | Sold | 04/28/2015 | 9487 |
| Promotion: | | | | Installed | 05/07/2015 | CN |
| Source: | | | | Last Service | 04/28/2015 | CN |
| Financed By: | | | | Updated | / / | |
| Financing Term: | 0 mo @ $0.00 | | | | | |

| | Monitor | System | Lease | Warranty | Service |
|--|---------|--------|-------|----------|---------|
| Balance Due | $998.73 | $0.00 | $0.00 | $270.00 | $0.00 |
| Paid Up To | 09/01/2018 | / / | / / | 09/01/2018 | |
| Monthly Payment | $35.99 | $0.00 | $0.00 | $10.00 | |
| Expire Date | 04/28/2020 | / / | / / | 04/28/2020 | |

**Late Balance:** $260.00    **Finance Balance:** $390.77    **Credit Balance:** $0.00    **Dbt Balance:** $65.99
**Taxable:** Y       **Monthly Fee:** Y       **Term:** 0       **Payoff:** $0.00       **Bill Cycle:** 1
**Billed:** 07/10/2018 $1985.49   **Balance to Term:** $0.00       **Recourse:** Y       **Shared:** N
——— Send Bill To———

,

Notes:

reviewing
JOSEPH FORT 08/08/2018 13:03:03
CANT FIND FILE
OMAR SULEIMAN 08/07/2018 18:50:55
need to pull file
JOSEPH FORT 07/31/2018 09:25:29
SENDING ATTORNEY LETTER TO RESO.  CLAIMS AGAINST TEH ESTATE ARE BARRED AFTER JUNE 7, 2018
DOUG HALLOWELL 07/31/2018 08:59:22

REVIEW
DOUG HALLOWELL 03/09/2018 10:30:19
REVIEW
STACY ROBERTS 02/20/2018 14:20:16


client file returned to the fileroom on 08/09/17
ADDITIONAL ATTORNEY LETTER RECEIVED. RESPONSE SENT ALONG WITH COPY OF SIGNED CONTRACT AND ICC.
CHRISTIE CARPINO 08/07/2017 14:22:59
client file was not provided to christie carpino reason: file is lt and in resolutions dept.
GIVING FILE TO CHRISTIE C
JEVAUN PHILLIPS 08/07/2017 10:24:06
christie carpino requested this clients file on 08/07/2017 reason: legal
EMAILING ED TO RESTORE NOTES ON THIS ACCT , NEED TO REVIEW FOR CHRISTIE
CHRISTINE WITZGALL 04/24/2017 13:02:45

client file was not provided to christie carpino reason: lt file should be in the reso dept
EMAILING JEVAUN TO CHECK FOR THIS FILE
SUSAN LISCIO 04/18/2017 08:00:43
christie carpino requested this clients file on 04/17/2017 reason: legal
CHRISTIE CARPINO 04/05/2017 09:35:51
DAVE ROMAN 03/30/2017 19:12:19
DAVE ROMAN 03/30/2017 19:09:50
client file was not provided to christie carpino reason: file in reso dept.
LKG
LORI QUINN 03/30/2017 15:29:36
REVIEW
DOUG HALLOWELL 03/30/2017 11:53:05
christie carpino requested this clients file on 03/30/2017 reason: legal
PERFORMED CLASS CHANGE TO "LT", WITH ASSIGNMENT TO RESOLUTIONS HOLDING
AMART1 01/03/2017 14:50:23
LEFT CALL BACKS.
AUGUSTINE OFILI 12/27/2016 17:06:20
FILE TO DOUG, CHARGE BACK LIST
KAREN CHRISTIANSEN 12/20/2016 10:39:14
DOUG'D DEC 15TH C/B LIST
SUSAN LISCIO 12/16/2016 10:29:56
LEFT CALL BACKS.
AUGUSTINE OFILI 12/14/2016 12:43:12
CB DEALER
SARA THONG 12/02/2016 15:29:44
LEFT CALL BACKS.

Notes:

AUGUSTINE OFILI 11/28/2016 13:27:46
LEFT CALL BACKS.
AUGUSTINE OFILI 11/18/2016 12:57:10
LEFT CALL BACKS.
AUGUSTINE OFILI 11/10/2016 16:54:16
LEFT CALL BACK MESSAGES.
AUGUSTINE OFILI 10/31/2016 13:15:49
LEFT CALL BACKS.
AUGUSTINE OFILI 10/25/2016 18:21:18
JL
MS VON 09/30/2016 19:59:37
CL1, LM
MS VON 09/29/2016 20:01:05
P1,NIS
MS VON 09/29/2016 19:59:47
CL1, LM
MS VON 09/27/2016 16:53:12
P1, NIS
MS VON 09/27/2016 16:52:47
CL1, LM
MS VON 09/23/2016 18:05:18
P1, NIS
MS VON 09/23/2016 18:05:06
RTP!
MS VON 09/19/2016 17:02:31
JL
MS VON 09/17/2016 14:05:43
CORRECTION:: RRMS (NOT 'RRMD')
MS VON 09/13/2016 14:58:55
RRMD RPT:: X393976::
SAME PH#336-404-9582 (NIS):: 07/25/2015 E134-BURGULAR ALARM ENTRY/EXIT, FRONT DOOR ... SIGNALS 4/28/15 THRU
9/28/15 & COMMUNICATION FAILURE 9/29/15, ETC...
MS VON 09/13/2016 14:58:31
XXL LTR IS FROM ATTY STEVEN A. RICHARDS RE: HALBERT EUGENE RICHARDS. DTD 06/16/2016:: PMTS TO CEASE & SD
THIS WAS NVR INSTALLED & WILL NOT MK PMTS.
MS VON 09/13/2016 14:49:13
XXLL LTR IS IN SCAN DOCS
MS VON 09/13/2016 14:47:31
CL1,LM
MS VON 09/13/2016 14:46:33
P1, NIS
MS VON 09/13/2016 14:46:06
CL1, LM
MS VON 09/07/2016 19:02:57
P1, NIS
MS VON 09/07/2016 19:02:09
CL1, NML
MS VON 08/29/2016 18:51:23
NIS @ P1
MS VON 08/29/2016 18:50:01
CL1, LM

Notes:

MS VON 08/22/2016 19:51:41
P1, NIS
MS VON 08/22/2016 19:51:02
CL1, LM
MS VON 08/15/2016 18:57:41
P1, NIS
MS VON 08/15/2016 18:57:23
CL1, LM
MS VON 08/04/2016 13:09:00
P1,NIS
MS VON 08/04/2016 13:07:47
CL1, LM IN VCML
MS VON 08/03/2016 20:32:28
P1, NIS
MS VON 08/03/2016 20:32:01
ON 06/28/2016, SACHAMARIE RIVERA RECEIVED NOT-IN-RIGHTS CANCELLATION LETTER POST MARKED 6/16/2016.
DOCUMENTED AND FORWARDED TO SCANNING. RECORDED IN PENDING FILE FOR FUTURE CLASS CHANGE AND
ASSIGNMENT.
REC CANCEL LETTER 6/16/2016
SACHAMARIE RIVERA 06/28/2016 10:51:46
MAY, 2016 EFT RETURNED: ACCOUNT CLOSED AMOUNT: $45.99
EFT RETURNS 05/07/2016 08:43:17
client file returned to the fileroom on 12/14/15
TAKING OUT OF FC/COMPUTER WOULD NOT ALLOW ME TO CHANGE INSTALL DATE TO 4/28/15
ON 11/24/2015 VANESSA GREEN CHANGED THIS CLIENT'S CALL LIST, TELEPHONE NUMBERS, AND PASSCODES FOR A
CENTRAL STATION UPDATE.
GREEN 11/24/2015 10:51:52
ON 11/24/2015 VANESSA GREEN FLAGGED THIS ACCOUNT AS HAVING NO SIGNALS
VANESSA GREEN 11/24/2015 10:47:16


CCI W/ MONITRONICS - HAS 45 MONTHS REMAINING - SENDING COPY OF AGREEMENT AND XXL LETTER - TO FORWARD
TO DEALER ONCE RECEIVED


JAROD BRODEUR 09/28/2015 18:23:03
JC
DAWN STACK 07/06/2015 19:22:38
JC
TIFFANY VIVEIROS 07/06/2015 18:39:09
PERFORMING NEW INSTALLATION SURVEY
RICH15 06/01/2015 18:00:17
MAY 07, 2015 HEATH ADDED EFT INFORMATION


HEATHER DONEY 05/07/2015 13:33:24
*******************************************
RESULTS OF SERVICE PERFORMED ON 04/28/2015
*******************************************

ON 04/29/2015 SERVICE TECHNICIAN CHAD NICHOLS
MARKED SERVICE TICKET 584479 AS "COMPLETE",
AND THE RESULTS AS FOLLOWS:


WORK DONE

Notes:

COLLECTED PAPERWORK AND 45.99 BY CHECK. INSTALLED SIMON XT PANEL, 4 DOORS, 1 MEDICAL PENDANT, 1 KEYFOB,
OVER ALARM.COM. TESTED AND VERIFIED ALL SIGNALS. CONF: 042801
TEST RESULTS
TESTED AND VERIFIED ALL SIGNALS
EQUIPMENT USED
SIMON XT KIT, MEDICAL PENDANT, DOOR UT, OVERHEAD DOOR SENSOR
AGREEMENT COLLECTED
MONEY COLLECTED: $45.99
AGREEMENT COLLECTED
MONEY COLLECTED: $45.99
********************************************
     END OF RESULTS OF SERVICE
********************************************
JUST LOOKING
KELSEY BAKER 04/28/2015 18:48:54
TECH CALLED TO REGISTER ALARM.COM
REBECCA VIEIRA 04/28/2015 13:55:40
ON APRIL 25, 2015 KRISTINA LEITE ADDED THIS ACCOUNT.

Account: 280661          Account ID: RICHARDSHA          Bill Code: 1

Monitoring Balance: $998.73          System Balance: $0.00          Lease Balance: $0.00
Service Balance: $0.00          Credit Balance: $0.00          Warranty Balance: $270.00
Late Balance: $260.00          Finance Balance: $390.77          Debit Balance: $65.99

| Invoice # | Due Date | Type | Billed | Paid | Date Paid | Open | Balance |
|---|---|---|---|---|---|---|---|
| W264825 | 04/25/2015 | W | 10.00 | 10.00 | 05/08/2015 | 0.00 | 0.00 |
| M311657 | 04/25/2015 | M | 35.99 | 35.99 | 05/08/2015 | 0.00 | 0.00 |
| 12037204 | 06/01/2015 | W | 10.00 | 10.00 | 06/05/2015 | 0.00 | 0.00 |
| 12037204 | 06/01/2015 | M | 35.99 | 35.99 | 06/05/2015 | 0.00 | 0.00 |
| 12189350 | 07/01/2015 | M | 35.99 | 35.99 | 07/06/2015 | 0.00 | 0.00 |
| 12189350 | 07/01/2015 | W | 10.00 | 10.00 | 07/06/2015 | 0.00 | 0.00 |
| 12342083 | 08/01/2015 | M | 35.99 | 35.99 | 08/05/2015 | 0.00 | 0.00 |
| 12342083 | 08/01/2015 | W | 10.00 | 10.00 | 08/05/2015 | 0.00 | 0.00 |
| 12497728 | 09/01/2015 | W | 10.00 | 10.00 | 09/05/2015 | 0.00 | 0.00 |
| 12497728 | 09/01/2015 | M | 35.99 | 35.99 | 09/05/2015 | 0.00 | 0.00 |
| 12653328 | 10/01/2015 | W | 10.00 | 10.00 | 10/05/2015 | 0.00 | 0.00 |
| 12653328 | 10/01/2015 | M | 35.99 | 35.99 | 10/05/2015 | 0.00 | 0.00 |
| 12810577 | 11/01/2015 | W | 10.00 | 10.00 | 11/05/2015 | 0.00 | 0.00 |
| 12810577 | 11/01/2015 | M | 35.99 | 35.99 | 11/05/2015 | 0.00 | 0.00 |
| 12969421 | 12/01/2015 | W | 10.00 | 10.00 | 12/05/2015 | 0.00 | 0.00 |
| 12969421 | 12/01/2015 | M | 35.99 | 35.99 | 12/05/2015 | 0.00 | 0.00 |
| 13128937 | 01/01/2016 | M | 35.99 | 35.99 | 01/05/2016 | 0.00 | 0.00 |
| 13128937 | 01/01/2016 | W | 10.00 | 10.00 | 01/05/2016 | 0.00 | 0.00 |
| 13288613 | 02/01/2016 | M | 35.99 | 35.99 | 02/05/2016 | 0.00 | 0.00 |
| 13288613 | 02/01/2016 | W | 10.00 | 10.00 | 02/05/2016 | 0.00 | 0.00 |
| 13447089 | 03/01/2016 | W | 10.00 | 10.00 | 03/05/2016 | 0.00 | 0.00 |
| 13447089 | 03/01/2016 | M | 35.99 | 35.99 | 03/05/2016 | 0.00 | 0.00 |
| 13604884 | 04/01/2016 | M | 35.99 | 35.99 | 04/05/2016 | 0.00 | 0.00 |
| 13604884 | 04/01/2016 | W | 10.00 | 10.00 | 04/05/2016 | 0.00 | 0.00 |
| 13764194 | 05/01/2016 | W | 10.00 | 10.00 | 05/05/2016 | 0.00 | 0.00 |
| 13764194 | 05/01/2016 | M | 35.99 | 35.99 | 05/05/2016 | 0.00 | 0.00 |
| N288310 | 05/06/2016 | N | 65.99 | 0.00 | / / | 65.99 | 65.99 |
| 13846739 | 06/01/2016 | W | 30.00 | 0.00 | / / | 30.00 | 95.99 |
| 13846739 | 06/01/2016 | M | 110.97 | 0.00 | / / | 110.97 | 206.96 |
| 13980933 | 07/01/2016 | F | 3.10 | 0.00 | / / | 3.10 | 210.06 |
| 13980933 | 07/01/2016 | E | 10.00 | 0.00 | / / | 10.00 | 220.06 |
| 14171177 | 08/01/2016 | F | 3.30 | 0.00 | / / | 3.30 | 223.36 |
| 14171177 | 08/01/2016 | E | 10.00 | 0.00 | / / | 10.00 | 233.36 |
| 14334338 | 09/01/2016 | E | 10.00 | 0.00 | / / | 10.00 | 243.36 |
| 14334338 | 09/01/2016 | W | 30.00 | 0.00 | / / | 30.00 | 273.36 |
| 14334338 | 09/01/2016 | F | 3.50 | 0.00 | / / | 3.50 | 276.86 |
| 14334338 | 09/01/2016 | M | 110.97 | 0.00 | / / | 110.97 | 387.83 |
| 14469327 | 10/01/2016 | E | 10.00 | 0.00 | / / | 10.00 | 397.83 |
| 14469327 | 10/01/2016 | F | 5.82 | 0.00 | / / | 5.82 | 403.65 |
| 14659752 | 11/01/2016 | E | 10.00 | 0.00 | / / | 10.00 | 413.65 |
| 14659752 | 11/01/2016 | F | 6.05 | 0.00 | / / | 6.05 | 419.70 |
| 14823246 | 12/01/2016 | M | 110.97 | 0.00 | / / | 110.97 | 530.67 |
| 14823246 | 12/01/2016 | W | 30.00 | 0.00 | / / | 30.00 | 560.67 |
| 14823246 | 12/01/2016 | F | 6.30 | 0.00 | / / | 6.30 | 566.97 |
| 14823246 | 12/01/2016 | E | 10.00 | 0.00 | / / | 10.00 | 576.97 |
| 14959197 | 01/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 586.97 |

Case 1:18-cv-00746-NCT-JEP   Document 2-1   Filed 08/31/18   Page 14 of 27

Account: 280661    Account ID: RICHARDSHA    Bill Code: 1

Monitoring Balance: $998.73    System Balance: $0.00    Lease Balance: $0.00
Service Balance: $0.00    Credit Balance: $0.00    Warranty Balance: $270.00
Late Balance: $260.00    Finance Balance: $390.77    Debit Balance: $65.99

| Invoice # | Due Date | Type | Billed | Paid | Date Paid | Open | Balance |
|---|---|---|---|---|---|---|---|
| 14959197 | 01/01/2017 | F | 8.65 | 0.00 | / / | 8.65 | 595.62 |
| 15152781 | 02/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 605.62 |
| 15152781 | 02/01/2017 | F | 8.93 | 0.00 | / / | 8.93 | 614.55 |
| 15318239 | 03/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 624.55 |
| 15318239 | 03/01/2017 | F | 9.22 | 0.00 | / / | 9.22 | 633.77 |
| 15318239 | 03/01/2017 | W | 30.00 | 0.00 | / / | 30.00 | 663.77 |
| 15318239 | 03/01/2017 | M | 110.97 | 0.00 | / / | 110.97 | 774.74 |
| 15454098 | 04/01/2017 | F | 11.62 | 0.00 | / / | 11.62 | 786.36 |
| 15454098 | 04/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 796.36 |
| 15616669 | 05/01/2017 | F | 11.95 | 0.00 | / / | 11.95 | 808.31 |
| 15616669 | 05/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 818.31 |
| 15828833 | 06/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 828.31 |
| 15828833 | 06/01/2017 | W | 30.00 | 0.00 | / / | 30.00 | 858.31 |
| 15828833 | 06/01/2017 | F | 12.27 | 0.00 | / / | 12.27 | 870.58 |
| 15828833 | 06/01/2017 | M | 110.97 | 0.00 | / / | 110.97 | 981.55 |
| 15962819 | 07/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 991.55 |
| 15962819 | 07/01/2017 | F | 14.72 | 0.00 | / / | 14.72 | 1006.27 |
| 16153498 | 08/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 1016.27 |
| 16153498 | 08/01/2017 | F | 15.09 | 0.00 | / / | 15.09 | 1031.36 |
| 16316670 | 09/01/2017 | M | 110.97 | 0.00 | / / | 110.97 | 1142.33 |
| 16316670 | 09/01/2017 | W | 30.00 | 0.00 | / / | 30.00 | 1172.33 |
| 16316670 | 09/01/2017 | F | 15.47 | 0.00 | / / | 15.47 | 1187.80 |
| 16316670 | 09/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 1197.80 |
| 16480740 | 10/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 1207.80 |
| 16480740 | 10/01/2017 | F | 17.97 | 0.00 | / / | 17.97 | 1225.77 |
| 16617753 | 11/01/2017 | F | 18.39 | 0.00 | / / | 18.39 | 1244.16 |
| 16617753 | 11/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 1254.16 |
| 16814817 | 12/01/2017 | W | 30.00 | 0.00 | / / | 30.00 | 1284.16 |
| 16814817 | 12/01/2017 | M | 110.97 | 0.00 | / / | 110.97 | 1395.13 |
| 16814817 | 12/01/2017 | E | 10.00 | 0.00 | / / | 10.00 | 1405.13 |
| 16814817 | 12/01/2017 | F | 18.81 | 0.00 | / / | 18.81 | 1423.94 |
| 16983842 | 01/01/2018 | F | 21.36 | 0.00 | / / | 21.36 | 1445.30 |
| 16983842 | 01/01/2018 | E | 10.00 | 0.00 | / / | 10.00 | 1455.30 |
| 17122588 | 02/01/2018 | F | 21.83 | 0.00 | / / | 21.83 | 1477.13 |
| 17122588 | 02/01/2018 | E | 10.00 | 0.00 | / / | 10.00 | 1487.13 |
| 17322247 | 03/01/2018 | F | 22.31 | 0.00 | / / | 22.31 | 1509.44 |
| 17322247 | 03/01/2018 | E | 10.00 | 0.00 | / / | 10.00 | 1519.44 |
| 17322247 | 03/01/2018 | W | 30.00 | 0.00 | / / | 30.00 | 1549.44 |
| 17322247 | 03/01/2018 | M | 110.97 | 0.00 | / / | 110.97 | 1660.41 |
| 17462778 | 04/01/2018 | E | 10.00 | 0.00 | / / | 10.00 | 1670.41 |
| 17462778 | 04/01/2018 | F | 24.91 | 0.00 | / / | 24.91 | 1695.32 |
| 17664487 | 05/01/2018 | E | 10.00 | 0.00 | / / | 10.00 | 1705.32 |
| 17664487 | 05/01/2018 | F | 25.43 | 0.00 | / / | 25.43 | 1730.75 |
| 17837041 | 06/01/2018 | M | 110.97 | 0.00 | / / | 110.97 | 1841.72 |
| 17837041 | 06/01/2018 | W | 30.00 | 0.00 | / / | 30.00 | 1871.72 |
| 17837041 | 06/01/2018 | F | 25.96 | 0.00 | / / | 25.96 | 1897.68 |

Case 1:18-cv-00746-NCT-JEP   Document 2-1   Filed 08/31/18   Page 15 of 27

Customer Ledger for: , HALBERT RICHARDS

Account: 280661       Account ID: RICHARDSHA       Bill Code: 1

Monitoring Balance: $998.73        System Balance: $0.00        Lease Balance: $0.00
Service Balance: $0.00             Credit Balance: $0.00         Warranty Balance: $270.00
Late Balance: $260.00              Finance Balance: $390.77      Debit Balance: $65.99

| Invoice # | Due Date | Type | Billed | Paid | Date Paid | Open | Balance |
|-----------|----------|------|--------|------|-----------|------|---------|
| 17837041 | 06/01/2018 | E | 10.00 | 0.00 | / / | 10.00 | 1907.68 |
| 17985698 | 07/01/2018 | E | 10.00 | 0.00 | / / | 10.00 | 1917.68 |
| 17985698 | 07/01/2018 | F | 28.62 | 0.00 | / / | 28.62 | 1946.30 |
| 18159866 | 08/01/2018 | F | 29.19 | 0.00 | / / | 29.19 | 1975.49 |
| 18159866 | 08/01/2018 | E | 10.00 | 0.00 | / / | 10.00 | 1985.49 |

Account: 280661          Account ID: RICHARDSHA          Bill Code: 1

### Payments Schedule

| Check # | Received Date | Type | Invoice # | Applied Amount | Check Amount | Batch |
|---------|---------------|------|-----------|----------------|--------------|-------|
| 1652 | 05/08/2015 | W | W264825 | 10.00 | 10.00 | 64010 |
| 1652 | 05/08/2015 | M | M311657 | 35.99 | 45.99 | 64010 |
| EFT | 06/05/2015 | M | 12037204 | 35.99 | 35.99 | 0 |
| EFT | 06/05/2015 | W | 12037204 | 10.00 | 45.99 | 0 |
| EFT | 07/06/2015 | M | 12189350 | 35.99 | 35.99 | 0 |
| EFT | 07/06/2015 | W | 12189350 | 10.00 | 45.99 | 0 |
| EFT | 08/05/2015 | M | 12342083 | 35.99 | 35.99 | 0 |
| EFT | 08/05/2015 | W | 12342083 | 10.00 | 45.99 | 0 |
| EFT | 09/05/2015 | W | 12497728 | 10.00 | 10.00 | 0 |
| EFT | 09/05/2015 | M | 12497728 | 35.99 | 45.99 | 0 |
| EFT | 10/05/2015 | W | 12653328 | 10.00 | 10.00 | 0 |
| EFT | 10/05/2015 | M | 12653328 | 35.99 | 45.99 | 0 |
| EFT | 11/05/2015 | W | 12810577 | 10.00 | 10.00 | 0 |
| EFT | 11/05/2015 | M | 12810577 | 35.99 | 45.99 | 0 |
| EFT | 12/05/2015 | W | 12969421 | 10.00 | 10.00 | 0 |
| EFT | 12/05/2015 | M | 12969421 | 35.99 | 45.99 | 0 |
| EFT | 01/05/2016 | M | 13128937 | 35.99 | 35.99 | 0 |
| EFT | 01/05/2016 | W | 13128937 | 10.00 | 45.99 | 0 |
| EFT | 02/05/2016 | M | 13288613 | 35.99 | 35.99 | 0 |
| EFT | 02/05/2016 | W | 13288613 | 10.00 | 45.99 | 0 |
| EFT | 03/05/2016 | M | 13447089 | 35.99 | 35.99 | 0 |
| EFT | 03/05/2016 | W | 13447089 | 10.00 | 45.99 | 0 |
| EFT | 04/05/2016 | W | 13604884 | 10.00 | 10.00 | 0 |
| EFT | 04/05/2016 | M | 13604884 | 35.99 | 45.99 | 0 |
| EFT | 05/05/2016 | W | 13764194 | 10.00 | 10.00 | 0 |
| EFT | 05/05/2016 | M | 13764194 | 35.99 | 45.99 | 0 |
| EFT | 05/06/2016 | N | N288310 | -45.99 | -45.99 | 99991 |



Safe Home Security, Inc.
55 Sebethe Dr.
Cromwell, CT 06416

June 16, 2016

RE: Halbert Eugene Richards

Ladies and Gentlemen:

I, Steven A. Richards, Attorney in Fact for Halbert Eugene Richards hereby declare that payments for this security system cease. This alarm system has never been installed so we will not continue to make payments for a service we are not receiving.

Thank you for your prompt attention to this request.

STEVEN A. RICHARDS
Attorney in Fact for
Halbert Eugene Richards

STATE OF *North Carolina*
COUNTY OF *Guilford*

Subscribed before me this 17th day of *June*, 20 16.

NOTARY PUBLIC

(SEAL)

Abigail E. Peoples
Printed name of Notary Public

My Commission Expires: 10/6/19

Additional Protection Provided: _____

**Monitored For:**

- ☐ Fire
- ☑ Per Burg
- ☑ Panic
- ☑ Int Burg
- ☑ Ambush
- ☐ Env
- ☑ Low Bat
- ☐ AC Fail
- ☑ Medical

I, the customer, certify that:

* The security system described above has been installed completely and to my satisfaction
* I/We understand & have received all training & materials noted above.
* The system will be on line with the central monitoring station and completely functional within 72 hours or less of this date.

_____
Customer Signature

_____
Installer Signature

Licenses:

NC-1265-CSA NCASLB 1631 Midtown Place, Suite 104, Raleigh NC 27609 Tel 919-875-3611
NJ-34BX00013300 MS-15013578 SC-BAC13525 GA-LVA205938 FL-EF20000405 DE-09-165 MA-15842
TX-B16661 MD-107-1551 AL-12-7391 RI-7625



# SAFE HOME SECURITY, INC 280666

**SHS**
SAFE HOME SECURITY

GE Authorized Dealer
GE Security Pro

55 Sebethe Dr, Cromwell, CT 06416 Tel 1-800-833-3211
AGREEMENT FOR MONITORING AND INSTALLATION OF SECURITY SYSTEMS

1. This agreement is entered into this **28** day of **Apri** 20 **15**, between <u>SAFE HOME SECURITY, INC.</u> hereinafter referred to as "Company" and

<u>Halbert Richards</u>                    or _____
   Name 1                                         Name 2

Address <u>2627 E Woodlyn Way Greensboro NC 27407</u>
              Street                                                     State           Zip

SSN# _____ DOB _____ SSN# _____ DOB _____
       Name 1                                             Name 2

hereinafter referred to as the Client." Phone (**336**) **404 9582** E-mail _____

## 2. SERVICE AND EQUIPMENT: Company agrees to provide and client agrees to pay for service and/or equipment as described below:

3. **MONITORING:** Company agrees to provide monitoring service for a period of **60** months from the above date. **This agreement shall automatically renew without action by either party under the same terms and conditions for successive periods equal to** twelve (12) months unless either party gives to the other at least sixty (60) days written notice, prior to expiration date, of intention to terminate this Agreement upon any expiration date. Upon renewal, service will be billed at then-current monitoring fees.

**RENEWAL TERM:** Each renewal period shall be limited to the maximum term allowed by state law. If not limited by State law, the above terms in Paragraph 3 will apply.

4. **MONITORING CHARGES:** Monthly monitoring charge of $ **45** **99** *plus applicable sales tax.* [✓]Includes [ ] Parts Only Warranty [✓]Parts and Labor Warranty and is payable in advance and shall be paid [ ] Annually [ ] Quarterly (if paid quarterly an additional service charge of $3.00 per quarter shall apply).

**EARLY CANCELLATION:** Client may cancel prior to completion of primary or renewal term upon receipt of ninety percent (90%) of stated terms. Applicable for sale of home, death and transfers. All cancellation requests must be in writing.

5. **ELECTRONIC FUNDS TRANSFER (EFT) AUTHORIZATION:** The Client authorizes the Company to make EFT's from the Client's bank account for the amount of the monitoring, tax, or other alarm charges. The Client further agrees that if at any time the Client decides to discontinue the direct payment option, the client must notify the Company. The Company is not liable in any way for erroneous bill statements or incorrect debits to the Client's account and should an error occur, the Company's only responsibility is to correct it when and if it receives notice of the error from the Client. The Client further agrees that should any direct payment be returned, the client shall be liable for a $20.00 returned payment fee where permitted by law.

[ ] Check here to decline EFT Payment Option       Client's Signature if declined _____

Acct #: ◼◼◼◼◼◼◼ Rtg #: ◼◼◼◼◼◼◼ Exp Date: ____ Card#: _____
Bank Name: ◼◼◼◼◼ Billing Cycle: [✓]1ˢᵗ [ ] 17ᵗʰ [ ] Visa [ ] MC [ ] AmEx [ ] Bank/Debit/ATM Card

## 6. EQUIPMENT TO BE INSTALLED

| ITEM | QTY | RETAIL PRICE | RETAIL TOTAL | TOTAL PRICE |
|---|---|---|---|---|
| Panel/Keypad | | $ | | |
| Door/Window | | $ | | |
| Keyfob or Quick Touch Keypad | | $ | | |
| Motion | | $ | | |
| Glassbreak | | $ | | |
| Smoke Detector | | $ | | |
| Sign Light | | $ | | |
| | | | | |
| | | | | |
| | | | | |
| Cellular | | | | |
| Installation Charge | | $ | | |
| Sales Tax | | $ | | |
| Total Equipment and Installation Charges | | $ | | $ |

7. **ADDITIONAL PROTECTION:** The need for additional protection of intrusion, fire/smoke, cellular, panic, duress, and medical emergency has been explained to the Client and the Client declines the offer to purchase additional equipment. _HR_ (Initials)

## 8. EQUIPMENT CHARGES:

| Special Note | | |
|---|---|---|
| Total Equipment and Installation Charges | $ | |
| Activation [ ] EFT/CC 3 mo x $33.00 [ ] EFT/CC $99.00 | $ | |
| Balance Due | $ | |

9. **SERVICE REPAIRS TO CLIENTS SYSTEM:** Unless otherwise indicated, the client understands that the monitoring fee covers only the monitoring service and client agrees to pay Company for all service or repairs to the alarm system. Client hereby agrees to periodically test, at least monthly, observe Client's system, be aware of its operational status in accordance with the operating instructions, and request service if needed.

10. **ENTIRE AGREEMENT:** It is agreed to and understood by the parties that this agreement constitutes the entire agreement by the parties and there are no verbal understandings changing or modifying any of the terms of this agreement. This agreement may not be changed, modified or varied except in writing and signed by an authorized representative of the Company. Client hereby acknowledges that he/she has read, received a copy of, and understands this entire agreement, including the attached Notice of Cancellation.

11. **INVALID PROVISIONS:** If any of the terms or provisions of this agreement shall be determined to be invalid or inoperative, all of the remaining terms and provisions shall remain in full force and effect.

12. **YOU, THE BUYER, MAY CANCEL THIS TRANSACTION AT ANY TIME PRIOR TO MIDNIGHT OF THE THIRD BUSINESS DAY AFTER THE DATE OF THIS TRANSACTION. SEE THE ATTACHED NOTICE OF CANCELLATION FOR AN EXPLANATION OF THIS RIGHT.**

Written By: **First (auro)** _____      Client Signature **Halbert Richards** _____

Written By: _____      Client Signature: _____

Approval Date: _____      Date: **4/28/15** _____
       *(For office use only)*

**READ TERMS AND CONDITIONS ON REVERSE SIDE**

License Numbers: NC 1265-CSA NCASLB 4901 Glenwood Avenue, Suite 200, Raleigh, NC 27612 Tel 919-788-5320 AL 15-1661 CA 7129 DE 09-165 FL EF20000405 GA LVA205938 MA 1584 MD 107-1351 MS 15013578 NJ 34BX00013300 RI 7625 SC BAC13525 TX B16661 VA 11-7938

white - company; yellow - company, pink - customer

Contract #SHS-101 Revised 12/2014

280661 —1

# Installation Completion Certificate

| | | | |
|---|---|---|---|
| Job No | : 584479 | Technician: | : Chad Nichols |
| Date of Installation | : 04/28/2015 | Time Scheduled | : 12:00 - 13:00 |
| Customer Name | : Halbert Richards | | |
| Address | : 2627 E Woodlyn Wy | | |
| City, St, Zip | : Greensboro, NC 27407 | Office Acct # | : 280661 |
| Phone | : (336)404-9582 | Central Station: | : RRMS |
| Contact Info | : FIRST GUARD "SHS INSTALL" | CS Number | : X393976 |
| Contact Phone | : (866)882-6998 | Dealer Number | : 0050 |

| Code | Installation Work | Quantity |
|---|---|---|
| DUI | CELLULAR BACK- UP INTERFACE | 1 |
| WMP | MEDICAL PENDANT (SIMON) | 1 |
| WLM | MOTION DETECTOR (SIMON) | 1 |
| SWL | WIRELESS SIMON DOOR OR WINDOW | 4 |
| SXT | SIMON XT | 1 |

PLEASE HAVE CUSTOMER SIGN AGREEMENT/RAPID/ICC AND
COLLECT45.99 AND EFT...CELL/2WAY/INTERACTIVE

Person Trained: _Halbert Richards_

| | Yes | No |
|---|---|---|
| Alarm Registration Form: | ✓ Yes | ✓ No |
| Owner's Manual Received: | ✓ Yes | ✓ No |
| Monitoring Procedures Explained: | ✓ Yes | No |
| Passcode & Call Back Explained: | ✓ Yes | No |
| System Operation Explained: | ✓ Yes | No |
| Control Panel Explained: | ✓ Yes | No |
| Frequency of Testing Explained: | ✓ Yes | No |
| Yard Sign & Stickers Received: | ✓ Yes | No |

| | | |
|---|---|---|
| Panel Type: _Simon XT_ | Panel Telephone: _CBU_ | |
| Location of Transformer: _Living Room / Kitchen_ | | |
| Cell Backup ESN: | SN/IMEI: 11319—4216625519 | FW: X183—VZ |
| | 72 | |

| | |
|---|---|
| Contract Terms | : 60 months @ $45.99 per month. |
| Warranty Expires | : April 28, 2020 |

 

May 4, 2017

Clayton Krohn, Esq.
P.O. Box 38284
Greensboro, NC 27438

     Re: Halbert Richards, Account 280661

Dear Attorney Krohn,

I've reviewed your client's account and found multiple errors in your claims. Safe Home Security, Inc. does have a valid contract with Mr. Richards. In fact, we acquired it from First Guard shortly after it was installed. We have documentation of the installation of all new equipment as well as instances during which the alarm was triggered. As a result, your litany of claims is without merit.

If I can be of any further assistance, do not hesitate to reach out.

Cordially,

Christie M. Carpino, Esq.

**Residential & Commercial Security Systems**
1125 Middle Street Ste 201. Midddletown, CT 06457 (800)833-3211
License Numbers CT# 00180152 MA# 1584 RI# 7625 NY# 12000243233 FL# EFA20000405
DE#09-165 MD# 107-1551 TX#B16661 NC# 1265-CSA
www.SafeHomeSecurityInc.com
Case 1:18-cv-00746-NCT-JEP   Document 2-1   Filed 08/31/18   Page 22 of 27

# STATE OF NORTH CAROLINA

_____GUILFORD_____ County

File No. 18 CVS 6847

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| *Name And Address Of Plaintiff 1*<br>Debra Sasser, Personal Representative of the Estate of Halbert E. Rice<br>c/o Clayton Krohn, Shope Krohn Attorneys at Law, PA<br>426 West Friendly Avenue<br>Greensboro, North Carolina 27401 | **GENERAL**<br>**CIVIL ACTION COVER SHEET**<br>☒ INITIAL FILING    ☐ SUBSEQUENT FILING |

*Name And Address Of Plaintiff 2*

2018 AUG -2 A 11: 10

GUILFORD CO. CSC

BY _____

Rule 5(b), General Rules of Practice For Superior and District Courts

| | |
|---|---|
| | *Name And Address Of Attorney Or Party, If Not Represented (complete for initial appearance or change of address)*<br>Clayton B. Krohn<br>Shope Krohn Attorneys at Law, PA<br>426 West Friendly Avenue<br>Greensboro, North Carolina 27401 |

**VERSUS**

| | | |
|---|---|---|
| *Name Of Defendant 1*<br>SAFE HOME SECURITY, Inc.<br>c/o Registered Agent Mr. Homer Weaver<br>5900 Royal Coach Court<br>Raleigh, North Carolina 27612 | *Telephone No.*<br>(336) 275-1607 | *Cellular Telephone No.* |
| | *NC Attorney Bar No.*<br>25055 | *Attorney E-Mail Address*<br>clayton@shopelaw.com |
| *Summons Submitted* ☒ Yes ☐ No | ☒ Initial Appearance in Case | ☐ Change of Address |
| *Name Of Defendant 2* | *Name Of Firm*<br>Shope Krohn Attorneys at Law, PA | |
| | *FAX No.*<br>(336) 275-1684 | |
| | *Counsel for*<br>☒ All Plaintiffs  ☐ All Defendants  ☐ Only *(list party(ies) represented)* | |
| *Summons Submitted* ☐ Yes ☐ No | | |
| ☒ Jury Demanded In Pleading<br>☐ Complex Litigation | ☐ Amount in controversy does not exceed $15,000<br>☐ Stipulate to arbitration | |

## TYPE OF PLEADING

*(check all that apply)*

☐ Amend (AMND)
☐ Amended Answer/Reply (AMND-Response)
☐ Amended Complaint (AMND)
☐ Assess Costs (COST)
☐ Answer/Reply (ANSW-Response) *(see Note)*
☐ Change Venue (CHVN)
☒ Complaint (COMP)
☐ Confession Of Judgment (CNJF)
☐ Consent Order (CONS)
☐ Consolidate (CNSL)
☐ Contempt (CNTP)
☐ Continue (CNTN)
☐ Compel (CMPL)
☐ Counterclaim (CTCL) *Assess Court Costs*
☐ Crossclaim *(list on back)* (CRSS) *Assess Court Costs*
☐ Dismiss (DISM) *Assess Court Costs*
☐ Exempt/Waive Mediation (EXMD)
☐ Extend Statute Of Limitations, Rule 9 (ESOL)
☐ Extend Time For Complaint (EXCO)
☐ Failure To Join Necessary Party (FJNP)

*(check all that apply)*

☐ Failure To State A Claim (FASC)
☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
☐ Improper Venue/Division (IMVN)
☐ Including Attorney's Fees (ATTY)
☐ Intervene (INTR)
☐ Interplead (OTHR)
☐ Lack Of Jurisdiction (Person) (LJPN)
☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
☐ Modification Of Child Support In IV-D Actions (MSUP)
☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
☐ Petition To Sue As Indigent (OTHR)
☐ Rule 12 Motion In Lieu Of Answer (MDLA)
☐ Sanctions (SANC)
☐ Set Aside (OTHR)
☐ Show Cause (SHOW)
☐ Transfer (TRFR)
☐ Third Party Complaint *(list Third Party Defendants on back)* (TPCL)
☐ Vacate/Modify Judgment (VCMD)
☐ Withdraw As Counsel (WDCN)
☐ Other *(specify and list each separately)*

NOTE: *All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.*

AOC-CV-751, Rev. 1/14
© 2014 Administrative Office of the Courts

(Over)



# STATE OF NORTH CAROLINA

_____GUILFORD_____ County

File No.
18 CVS 6947

In The General Court Of Justice
☐ District  ☒ Superior Court Division

| | |
|---|---|
| *Name Of Plaintiff*<br>Debra Sasser, Personal Representative of the Estate of Halbert E R☒ | **CIVIL SUMMONS**<br>☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)** |
| *Address*<br>c/o Clayton B. Krohn, 426 West Friendly Avenue | |
| *City, State, Zip*<br>Greensboro, North Carolina 27401 | G.S. 1A-1, Rules 3 and 4 |
| **VERSUS** | |
| *Name Of Defendant(s)*<br>SAFE HOME SECURITY, Inc. | *Date Original Summons Issued* |
| | *Date(s) Subsequent Summons(es) Issued* |

**To Each Of The Defendant(s) Named Below:**

| | |
|---|---|
| *Name And Address Of Defendant 1*<br>SAFE HOME SECURITY, Inc<br>c/o Registered Agent Mr. Homer Weaver<br>5900 Royal Coach Court<br>Raleigh, North Carolina 27612 | *Name And Address Of Defendant 2* |

### A Civil Action Has Been Commenced Against You!

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| | | |
|---|---|---|
| *Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)*<br>Clayton B. Krohn<br>Shope Krohn Attorneys at Law, PA<br>426 West Friendly Avenue<br>Greensboro, North Carolina 27401 | *Date Issued* 8/2/18 | *Time* 11:10 ☒AM ☐PM |
| | *Signature*<br> | |
| | ☒ *Deputy CSC* | ☐ *Assistant CSC*  ☐ *Clerk Of Superior Court* |

| | | |
|---|---|---|
| ☐ **ENDORSEMENT (ASSESS FEE)**<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | *Date Of Endorsement* | *Time* ☐AM ☐PM |
| | *Signature*<br> | |
| | ☐ *Deputy CSC* | ☐ *Assistant CSC*  ☐ *Clerk Of Superior Court* |

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 6/16
© 2016 Administrative Office of the Courts

STATE OF NORTH CAROLINA
GUILFORD COUNTY

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
18 CvS ___

DEBRA SASSER, Personal Representative )
of the Estate of Halbert Eugene Richards, )
Deceased, )
        Plaintiff, )
            )
v. )
            )
SAFE HOME SECURITY, Inc., )
            )
        Defendant. )

**VERIFICATION**

     Debra Sasser, Personal Representative of the Estate of Halbert Eugene Richards, being first duly sworn, says that she is the Personal Representative of the Estate of Halbert Eugene Richards and has read the foregoing Complaint, that the allegations contained in the Complaint are true of her own knowledge, except as to matters stated upon information and belief, and as to those matters she believes them to be true.

*Debra Sasser - Personal Representative*
Debra Sasser
Personal Representative
Estate of Halbert Eugene Richards

COUNTY OF Guilford

STATE OF North Carolina

     I certify that Debra Sasser personally appeared before me this day and I have seen proper evidence of her identity either by a current state or federal ID with her photograph or I personally know her and she certified to me under oath or by affirmation that she signed the foregoing document for the reason stated and in the capacity provided. *Complaint*

This the 2nd day of August, 2018.

(SEAL)

                                   _Lorena B Allee_
                                   Notary Public

                                   My commission expires: 4-24-23

LORENA B ALBEE
My Commission Expires
NOTARY
PUBLIC
04-24-23
STOKES COUNTY, NC



# SK

## SHOPE KROHN
ATTORNEYS AT LAW, P.A.

2018 AUG -2 A 11: 10

GUILFORD CO., C.S.C.

BY _____

Richard I. Shope
Clayton B. Krohn

richard@shopelaw.com
clayton@shopelaw.com

August 2, 2018

The Honorable Lisa Johnson-Tonkins
Clerk of Superior Court
Civil Division
Guilford County
201 S Eugene Street
Greensboro, North Carolina 27401
**Via Hand Delivery**

Re:     Debra Sasser, Personal Representative of the Estate of Halbert E Richards v. Safe
Home Security, Inc.

Dear Mrs. Johnson-Tonkins:

Please find enclosed the original and one copy of the Complaint and Verification, one
Summons and a firm check in the amount of $200.00 in the above-referenced matter. The check
is for the $200.00 filing fee. Please file the Complaint and issue the Summons. We ask that you
return a copy of the filed Compliant, Verification and issued Summons in the self-addressed,
postage-prepaid envelope.

If you have any questions about the enclosed documents or if you need additional
information, please contact me at the above number.  Thank you for your attention to this matter.

With kind regards, I am

Sincerely,

Clayton B. Krohn

Enclosure

426 W. Friendly Avenue • Greensboro, NC 27401 • Tel: (336) 275-1607 • Fax: (336) 275-1684 • www.shopelaw.com